UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| In the matter of: | | |
|---|---|---|
| COOGLE, RANDY | ) | CHAPTER 7, CASE NO. 18-30161-SDB |
| COOGLE, PAIGE | ) | TRUSTEE FILE NO. |
| DEBTOR(S). | ) | |

**TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY**

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 1172 Horne Road, Eastman, Georgia 31023, Dodge County | $ 76,402.00 | $ 0.00 | X |
| 1968 Chevy Truck, 60000 Miles | $ 600.00 | $ 600.00 | X |
| Household Goods Including Appliances | $ 1,000.00 | $ 1,000.00 | X |
| Misc Electronics | $ 350.00 | $ 350.00 | X |
| Misc Items | $ 100.00 | $ 100.00 | X |
| Clothing | $ 250.00 | $ 250.00 | X |
| Misc Jewelry | $ 50.00 | $ 50.00 | X |
| Cash | $ 1,000.00 | $ 1,000.00 | X |
| Checking Account: Citizens Bank & Trust | $ 1,000.00 | $ 1,000.00 | X |
| Checking Account: First United Credit Union | $ 25.00 | $ 25.00 | X |
| Misc Yard Tools | $ 50.00 | $ 50.00 | X |

Comes now, JOELYN W. PIRKLE, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

This 10th day of September, 2018.

Signed: _____
JOELYN W. PIRKLE, Trustee